■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY EMNINO, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated April 20, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered October 29, 1946, convicting him on three separate counts of grand larceny in the first degree, and imposing sentence. The ground for the application is that the trial court failed to comply with section 433 of the Code of Criminal Procedure in that, when the jury was brought into court to report the verdict, their names were not called. Order affirmed (*People* v. *Marilla,* 7 N Y 2d 319; *People ex rel. Meers* v. *Martin,* 4 A D 2d 659, affd. 4 N Y 2d 898; *People* v. *Romano,* 11 A D 2d 1076). Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT FENZA, Appellant.— Appeal by defendant from judgments of the County Court, Kings County, rendered August 2, 1960, convicting him, on his pleas of guilty, of (1) violation of section 974 of the Penal Law (keeping a place for game of policy), and (2) conspiracy to violate section 1372 of the Penal Law (contriving, drawing and assisting in a lottery); and sentencing him on each count to serve a term of six months in the New York City Penitentiary, such terms to run concurrently. The appeal is taken solely on the ground that the sentences are excessive. Judgments affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO GALLOTTA, Appellant.— Appeal by defendant from judgments of the County Court, Kings County, rendered August 2, 1960, convicting him, on his pleas of guilty, of (1) violation of section 974 of the Penal Law (keeping a place for game of policy), and (2) conspiracy to violate section 1372 of the Penal Law (contriving, drawing and assisting in a lottery); and sentencing him on each count to serve a term of three months in the Workhouse, such terms to run concurrently. The appeal is taken solely on the ground that the sentences are excessive. Judgments affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER GUIDO, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered August 2, 1960, convicting him, on his plea of guilty, of conspiracy to violate section 1372 of the Penal Law (contriving, drawing and assisting in a lottery); and sentencing him to serve a term of six months in the New York City Penitentiary. The appeal is taken solely on the ground that the sentence is excessive. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH JAMES, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated February 23, 1960, denying after a hearing his *coram nobis* application to vacate a judgment of said court, rendered May 18, 1948, convicting him, after trial, of robbery in the first degree, and sentencing him to serve a term of 10 to 20 years. Order affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.